

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00729-CV

**BFI WASTE SERVICES OF TEXAS, LP** d/b/a Allied Waste Services of Rio Grande Valley,
Appellant

v.

**CITY OF RIO GRANDE CITY, TEXAS**, and Joel Villarreal, Herman R. Garza III, Arcadio J. Salinas III, Rey Ramirez, and Dave Jones in their Official Capacities,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-604
Honorable Migdalia Lopez, Judge Presiding

# O R D E R

     In this accelerated appeal, Appellant's brief is due to be filed with this court on December 21, 2015. On December 9, 2015, Appellant filed an opposed first motion for extension of time to file Appellant's brief until January 20, 2016, for an extension of thirty days.

     Appellant's motion for an extension of time to file Appellant's brief is GRANTED. Appellant's brief is due on January 20, 2016. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court